UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORID
TALLAHASSEE DIVISION

DA'VHON YOUNG,

    Plaintiff,

v.                                      4:24cv87–WS/MJF

ROBERT KELLY, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 7) docketed March 27, 2024. The magistrate judge recommends that this case be dismissed without prejudice for maliciousness and abuse of the judicial process based upon Plaintiff's failure to disclose his litigation history completely and honestly. Plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court has concluded that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (ECF No. 7) is

ADOPTED and incorporated into this order by reference.

2. This action is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915A(b)(1) based on Plaintiff's failure to truthfully and completely disclose his prior litigation history.

3. The clerk shall enter judgment stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __9th__ day of __May__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE